# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of  )
*(Briefly describe the property to be searched*  )
*or identify the person by name and address)*  )
)   Case No.  12-4788WC
226 Springloch Road  )
Silver Spring, Maryland  )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
226 Springloch Road, Silver Spring, Maryland, and as further described in ATTACHMENT A, which is attached hereto and incorporated fully herein.

located in the _____ Southern _____ District of _____ Maryland _____ , there is now concealed *(identify the person or describe the property to be seized)*:
evidence of the commission of criminal offenses, as further described in the attached affidavit in support of search warrant incorporated fully herein including attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | receipt and distribution of child pornography |
| 18, U.S.C. 2252A(a)(5)(B) | possession of child pornography |

✓ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

JAN 0 8 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

The application is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Miguel Miranda, TFO, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/06/2012  2:00p.m.__        _____
                                        *Judge's signature*

City and state: Greenbelt, MD           William Connelly, Chief U.S. Magistrate Judge
                                        *Printed name and title*